UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CALEB L. MCGILLVARY,

                         **Plaintiff,**

      -against-

**ROLLING STONE, LLC, et al.,**

                        **Defendants.**

-----------------------------------------------------------------X

23-CV-10428 (DEH)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/2024

**SARAH NETBURN, United States Magistrate Judge:**

      The Defendants filed a motion to dismiss Plaintiff's complaint. By June 28, 2024, Plaintiff shall file an opposition to the Defendants' motion to dismiss. If Plaintiff files an opposition, the Defendants may file a reply, if any, by July 8, 2024. The Court also recommends that Plaintiff review the attached document titled "Motions" for further guidance.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    May 30, 2024
              New York, New York