UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALEB L. MCGILLVARY,

                          Plaintiff,

          v.

ROLLING STONE, LLC, et al.,

                          Defendants.

23-CV-10428 (DEH)

**<u>ORDER</u>**

DALE E. HO, United States District Judge:

On November 27, 2023, Plaintiff filed the original Complaint.  *See* ECF No. 1.  On April 19, 2024, Plaintiff filed the First Amended Complaint ("FAC"), the operative pleading in this case.  *See* ECF No. 33.  On May 28, 2024, Defendants filed a motion to dismiss the FAC.  *See* ECF No. 42.

On June 17, 2024, Plaintiff sought leave to file a Second Amended Complaint ("SAC").  *See* ECF Nos. 50-45.  Plaintiff attached a proposed SAC to his request.  *See* ECF No. 52-1.

On June 25, 2024, Magistrate Judge Sarah Netburn directed Defendants to file a letter by July 2, 2024, stating whether they consent to Plaintiff filing a SAC.  *See* ECF No. 55.  Judge Netburn stayed motion to dismiss deadlines "pending further order of the Court."  *Id*.

On June 28, 2024, Defendants filed a letter on ECF that (1) declined to consent to Plaintiff's filing of an SAC, and (2) requested that the Court both deny Plaintiff leave to amend and order further briefing on Defendants' motion to dismiss the FAC.  *See* ECF No. 56.

On July 2, 2024, Plaintiff filed an opposition to Defendants' motion to dismiss the FAC.  *See* ECF No. 58.

**IT IS HEREBY ORDERED AS FOLLOWS**:

The stay on further briefing of Defendants' motion to dismiss the FAC at ECF No. 42 is **LIFTED**.  Accordingly, Defendants are **ORDERED** to file a reply brief by **July 26, 2024**.

The parties are advised that if the Court grants Defendants' motion to dismiss, the Court will consider any additional allegations set forth in Plaintiff's proposed SAC in deciding whether to grant further leave to amend.

SO ORDERED.

Dated: July 16, 2024
       New York, New York

_____
DALE E. HO
United States District Judge

2