**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CALEB L. MCGILLVARY,

                Plaintiff,

   -against-                                23 **CIVIL** 10428 (DEH)

                                                  **JUDGMENT**

ROLLING STONE, LLC, ET AL.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 21, 2025, Defendants' motion to dismiss is granted and Plaintiff's motion for leave to amend is **DENIED**. As such, Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      May 22, 2025

                                                    **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                               **BY:**

                                                        **Deputy Clerk**